Elissa D. Miller
millertrustee@sulmeyerlaw.com
333 S. Hope Street, 35th Floor
Los Angeles, CA 90071
Telephone: (213) 626-2311
Facsimile: (213) 629-4520

Chapter 7 Trustee

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
LOS ANGELES DIVISION

In re                                       ) Case No. 2:09-BK-13892-BR
                                            ) Chapter 7
CIDI VALDA CLOTHING, INC.                   )
                                            )
                                            ) **REPORT OF TRUSTEE UNDER RULE**
                                            ) **3011**
            Debtor.                         )
                                            )

**TO KATHLEEN J. CAMPBELL, CLERK OF THE UNITED STATES BANKRUPTCY COURT:**

Please find annexed hereto Check No. 1018 in the sum of $333.74 representing the total amount of unclaimed dividend(s) in the above-entitled debtor's estate which will create a zero balance in the bank account. Said sum is paid over to you pursuant to Bankruptcy Rule 3011. A list of the name(s), address(es) and amount(s) to be paid to each claimant entitled to said unclaimed dividend is attached.

Dated: March _11_, 2011

_____
Elissa D. Miller
Chapter 7 Trustee

-1-

# ATTACHMENT NO. 2

## LISTING OF DIVIDEND PAYMENTS
### (EACH CREDITOR CLASS SHOULD BE LISTED SEPARATELY)

CLASS OF CREDITOR BEING PAID:   Bankruptcy Procedure 3011

PERCENTAGE PAID ON CLAIM:   4.83516%

AMOUNT/BALANCE TO DISTRIBUTE: $333.74

| CLAIM NUMBER | NAME & ADDRESS OF CLAIMANT | AMOUNT OF ALLOWED CLAIM | INTERIM PAYMENT | AMOUNT OF DIVIDEND |
|---|---|---|---|---|
| 7 | US Bank N.A./Retail Payment Solutions<br>Po Box 5229<br>Cincinnati, OH 45201 | $6,902.35 | $0.00 | $333.74 |
|  | **TOTALS:** | $6,902.35 | $0.00 | $333.74 |
|  | CASE NUMBER: | 2:09-BK-13892-BR | | |
|  | CASE NAME: | CIDI VALDA CLOTHING, INC. | | |

* Total also includes employee taxes withheld

NOTE: When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on a CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
333 South Hope Street, Thirty-Fifth Floor, Los Angeles, California 90071-1406

A true and correct copy of the foregoing document described as  REPORT OF TRUSTEE UNDER RULE 3011

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d), and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On  March 11, 2011  I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the e-mail address indicated below:

United States Trustee's Office- ustpregion16.la.ecf@usdoj.gov

☐ Service Information continued on attached page.

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL (indicate method for each person or entity served):**
On  March 11, 2011  I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follow. Listing the judge here constitutes a declaration that mailing to the judge **will be** completed no later than 24 hours after the document is filed.

The Honorable Barry Russell
U.S. Bankruptcy Court
Roybal Federal Building
255 E. Temple Street, Suite 1660
Los Angeles, CA 90012-3332

☐ Service Information continued on attached page.

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL (indicate method for each person or entity served):** Pursuant to F.R.Civ.P.5 and/or controlling LBR, on _____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method ) by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that mailing to the judge **will be** completed no later than 24 hours after the document is filed.

☐ Service Information continued on attached page.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| March 11, 2011 | Lorraine L Robles | /s/ Lorraine L. Robles |
|---|---|---|
| Date | Type Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*August 2010*                                              **F 9013-3.1.PROOF.SERVICE**